UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 21, 2014

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONI EVERILDO GALVEZ AZANON,<br>    also known as<br>    "Comandante,"<br>    "Commander," "Rhony<br>    Diaz," and "El R,"<br><br>    Defendant. | CRIMINAL NO. _____<br><br>21 U.S.C. §§959(a), 960, and 963<br>(Conspiracy to Distribute Five Kilograms or More of Cocaine, Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States)<br><br>21 U.S.C. §§ 853 and 970<br>(Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From in or around January 2007, continuing thereafter, up to and including the time of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Guatemala, Honduras, Mexico, and elsewhere, the Defendant, **RONI EVERILDO GALVEZ AZANON, also known as "Comandante," "Commander," "Rhony Diaz," and "El R,"** and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section

959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to the Defendant, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

> (Conspiracy to Distribute Five Kilograms or More of Cocaine, Intending and Knowing that the Cocaine will be Unlawfully Imported into the United States, in violation of Title 21, United States Code, Sections 959, 960, and 963)

## FORFEITURE ALLEGATION

The violations alleged in Count One are realleged and incorporated by reference herein. As a result of the offenses alleged in Count One of this Indictment, the Defendant, **RONI EVERILDO GALVEZ AZANON, also known as "Comandante," "Commander," "Rhony Diaz," and "El R,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which the defendant may have in (1) any and all money and/or property constituting, or derived from, any proceeds which such defendant obtained, directly or indirectly, as the result of the violations alleged in Count One of this Indictment; and (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Count One of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21,
United States Code, Sections 853 and 970)

A TRUE BILL:

_____
Foreperson

_____
ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, D.C. 20530

By: *Michael N Lang*
MICHAEL N. LANG
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0381
E-mail: michael.lang@usdoj.gov

3